October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CLAUDE KITTLES, Appellant

NO. 14-14-00619-CV                    V.

VINTAGE PARK, L.P., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 24, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Claude Kittles.

We further order this decision certified below for observance.